UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAREDEVIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12CV01166 TIA |
| ) | |
| ZTE CORPORATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On February 26, 2015, Plaintiff Daredevil, Inc. ("Plaintiff") and Defendant ZTE Corporation ("Defendant") filed a Joint Status Report advising the Court of the status of certain matters in this action and in a related case, *PTA-FLA, Inc. v. ZTE USA, Inc.*, Case No. 3:11-CV-510, pending in the Middle District of Florida.

Upon consideration of the parties' Joint Status Report,

**IT IS HEREBY ORDERED** that this matter shall be **STAYED** and administratively closed until such time as the parties notify the Court, in writing, of the resolution of the pending motion to confirm the arbitration award in the related case, *PTA-FLA, Inc. v. ZTE USA, Inc.*, Case No. 3:11-CV-510. The parties shall provide such notification to the Court not later than **fourteen days** after the issuance of the ruling on the motion.

**IT IS FURTHER ORDERED** that all pending motions in this case are **DENIED without prejudice** pending the resolution of the motion to confirm arbitration in *PTA-FLA, Inc. v. ZTE USA, Inc.* (ECF Nos. 18, 23 & 24). In the event that the Court finds it appropriate to lift the stay

in this matter following the resolution of the motion to confirm the arbitration award, the Court will, at the request of the appropriate party, revive the motions, ECF Nos. 18, 23 & 24, and then issue its ruling(s) on those motions.

Dated this 2nd day of March, 2015.

*Terry I. Adelman*
TERRY I. ADELMAN
UNITED STATES MAGISTRATE JUDGE